# EXHIBIT B

245350438v.1

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

TAKIESHA ELIJAH,                                                    Case No: 24      NI

               Plaintiff,                                          Hon.

v.

ALEXANDER RAMSAY and
PAGONIS TRANSPORT LTD,

               Defendants.

_____/

**Marc J. Mendelson P-52798**
**Jacob K. Yeater P-72741**
**Michael A. Smith P-86218**
*Mike Morse Law Firm, PLLC*
Attorneys for Plaintiff
24901 Northwestern Highway, Suite 700
Southfield, MI  48075-1816
(248) 350-9050; Fax:  248-671-5114
jake@855mikewins.com
tgreen@855mikewins.com

_____/

## **JURY DEMAND**

       Plaintiff, Takiesha Elijah, by and through her attorneys, Mike Morse Law Firm, hereby

respectfully demands a trial by jury on all issues in this cause of action.

                                     Respectfully submitted,
                                     **MIKE MORSE LAW FIRM, PLLC**
                                     Attorneys for Plaintiff

                                     */s/Jacob K. Yeater*
                                     **Jacob K. Yeater P-72741**
                                     **Michael A. Smith P-86218**
                                     24901 Northwestern Highway, Suite 700
                                     Southfield, MI  48075-1816
                                     (248) 350-9050
                                     jake@855mikewins.com

Dated:    March 29, 2024

Laverne Chapman    3/29/2024 7:44 AM    WAYNE COUNTY CLERK    Cathy M. Garrett    IN MY OFFICE    24-004713-NI FILED